| | |
|---|---|
| Brent H. Blakely (SBN 157292)<br>bblakely@blakelylawgroup.com<br>Cindy Chan (SBN 247495)<br>cchan@blakelylawgroup.com<br>BLAKELY LAW GROUP<br>1334 Parkview Avenue, Suite 280<br>Manhattan Beach, California 90266<br>Telephone:  (310) 546-7400<br>Facsimile:  (310) 546-7401 | JS-6<br><br>**FILED:   3/17/15** |

*Attorneys for Plaintiffs*
*E-Hose Technologies LLC and*
*PhD Marketing, Inc.*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| E-HOSE TECHNOLOGIES LLC, a California Limited Liability Company; and PhD MARKETING, INC., a California Corporation,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>SUPER NOVA DISTRIBUTION, INC., a California Corporation dba PLATINUM E HOOKAH; and DOES 1-10, inclusive,<br><br>　　　　　　　Defendant. | CASE NO. 2:14-cv-09307-GHK-JPR<br><br>[~~PROPOSED~~] **ORDER DISMISSING ACTION WITH PREJUDICE**<br><br><br><br><br><br>**Hon. George H. King** |

　　　IT IS HEREBY ORDERED that this entire action be dismissed with prejudice pursuant to Fed.R.Civ.P. 41(a).  Each party shall bear their own attorneys' fees and costs associated with this action.  IT IS FURTHER ORDERED that the jurisdiction of this Court is retained for the purpose of making any further orders necessary or proper for enforcement of the settlement between the parties.

DATED:   3/17   2015　　　　　　　By: ／s／
　　　　　　　　　　　　　　　　　　　George H. King
　　　　　　　　　　　　　　　　　　**Chief United States District Judge**